UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JEROME ANTHONY RUFFIN, )
)
        Plaintiff, )
)
v. ) **JUDGMENT**
)
STATE OF NORTH CAROLINA, ) No. 5:15-CV-85-FL
)
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on October 26, 2015, that the court ADOPTS the findings and recommendations of the United States Magistrate Judge in full and for reasons stated more specifically therein, plaintiff's complaint is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2).

**This Judgment Filed and Entered on October 26, 2015, and Copies To:**

Jerome Anthony Ruffin (via U.S. Mail) 5646 Hubbard Drive, Battleboro, NC 27809

October 26, 2015         JULIE RICHARDS JOHNSTON, CLERK
                                      /s/ Christa N. Baker
                                      (By) Christa N. Baker, Deputy Clerk